AO 440 (Rev. 12/09) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JUN 24  P 1: 11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Fahima Spanta | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 1:15CV 790 |
| J.P. Morgan Chase Bank, N.A., et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Trans Union, LLC
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kristi Kelly & Andrew Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JUN 24 P 1: 11

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | ) | |
|---|---|---|
| Fahima Spanta | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:15CV790 |
| J.P. Morgan Chase Bank, N.A., et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
Serve: David Anthony, Registered Agent
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kristi Kelly & Andrew Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                          *Signature of Clerk or Deputy Clerk*