IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FAHIMA SPANTA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:15-cv-790 (LO/MSN) |
| ) | |
| J.P. MORGAN CHASE BANK, N.A., *et al*. ) | |
| ) | |
| Defendants. ) | |

**JOINT DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26(A) and the Order entered by this Court on September 11, 2015, counsel of record for the parties submit this Joint Discovery Plan in advance of the Initial Pretrial Conference to be held on October 14, 2015.

Pursuant to Fed. R. Civ. P. 26(f), the parties conferred on September 30, 2015, to formulate this Joint Discovery Plan. Unless specifically noted otherwise, the parties agree as follows:

1. <u>Conclusion of Discovery.</u> Discovery will be concluded by **January 15, 2016**, as provided in the Court's Initial Scheduling Order.

2. <u>Initial Disclosures.</u> The parties will exchange initial disclosures under Rule 26(a)(1) on or before **October 21, 2015**.

3. <u>Claims, Defenses, and Settlement.</u>   The parties have conferred as to the nature and basis of their claims.  The parties have discussed the potential for mediation in this matter and have agreed to re-address the issue once sufficient investigation has taken place to determine the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case. The parties are willing to consider Court-supervised mediation at an appropriate time, individually or collectively.

4.      Discovery Schedule.  The parties do not believe that the Local Civil Rules should be altered with respect to the timing of discovery.  Accordingly, all requests for written discovery should be served so that answers thereto shall be due to be served not later than the discovery cut-off date.

5.      Service of Papers and Pleadings.  All pleadings, motions and other papers that are filed with the Court will be distributed to the parties via the Court's electronic notification system, as provided by the Federal Rules of Civil Procedure and the Local Rules, which shall constitute sufficient service.  In addition, the parties agree that each has the option to serve by e-mail all discovery requests, written responses, and any other papers that are not filed with the Court.  The serving party shall attach the pleading or paper in a "portable document format" ("pdf") or other form of electronic file.  For purposes of calculating response deadlines, any emailed document will be treated as having been sent via regular mail.  If transmission of voluminous materials as an e-mail attachment is impractical, then those materials shall be served by regular mail, courier service or other means as agreed by the parties.

6.      Discovery of Electronically Stored Information.  Electronically stored information and documents may be produced in either electronic or printed form, unless electronic form is specifically requested in relation to particular requests.  Documents produced in electronic form shall be produced in the format selected by the producing party, unless agreed otherwise by counsel before production.

7.      Privileged or Protected Materials. The parties agree that to the extent any party intends to assert a claim of privilege or protection as trial preparation material, any such claim must be made in a timely manner and in accordance with Fed. R. Civ. P. 26(b)(5).  The parties agree that communications made after the beginning of litigation do not need to be stated on any privilege log.  The parties agree that inadvertent production of privileged materials shall not

constitute a waiver of privileges or protections so long as the producing party notifies the receiving party promptly upon discovery of the inadvertent production. Disputes concerning privileges and protections shall be addressed in accordance with Fed. R. Civ. P. 26(b)(5)(B).

8. <u>Protective Orders</u>. Counsel agrees to discuss entry of a stipulated protective order. The parties will work together to agree on a form for a Protective Order.

9. <u>Expert Discovery</u>. The Plaintiff shall make his expert disclosures by **November 20, 2015.** Defendants' expert disclosures are due **December 21, 2015**. To the extent they are necessary, rebuttal disclosures are due by **January 4, 2016.**

10. <u>Subjects of Discovery</u>. The parties agree that discovery relevant to the claims and defenses contained in the pleadings will be appropriate, subject to all objections permitted by the applicable rules. The parties agree that any documents received in response to a subpoena to a third party will be provided to the other parties within ten business days.

11. <u>Trial by Magistrate</u>. The parties do not consent to trial by Magistrate.

12. <u>Waiver of Appearance and Pretrial Conference</u>. The parties agree to waive their appearance at the Pretrial Conference on **October 14, 2015**, if the Court approves this Joint Discovery Plan.

**SO STIPULATED**                                               Dated: September 30, 2015.

By: _____/s/_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email:  kkelly@kellyandcrandall.com
Email:  aguzzo@kellyandcrandall.com
*Attorneys for Plaintiff*

By: _____/s/_____
Nathan D. Baney, Esq. (VSB #75935)
SUROVELL ISAACS PETERSEN &
LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: nbaney@siplfirm.com
*Counsel for Plaintiff*

By: _____/s/_____
Stephen Andrew Cobb
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 1500
Tysons Corner, VA 22102-3833
703-903-9000
Fax: 703-610-8686
Email: scobb@milesstockbridge.com
*Counsel for J.P. Morgan Chase Bank*

By: _____/s/_____
Michael R. Ward
Virginia State Bar # 41133
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-8300
Fax: 804-344-8359
mward@morrismorris.com
*Counsel for Trans Union, LLC*

By _____/s/_____
David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc*

By: _____/s/_____
John Michael Neary
Akerman Senterfitt LLP (DC)
750 9th Street NW
Suite 750
Washington, DC 20001
202-393-6222
Fax: 202-393-5959
Email: john.neary@akerman.com
*Counsel for Department Stores Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Gibson S. Wright<br>Michael R. Ward<br>Morris & Morris, P.C.<br>P.O. Box 30<br>Richmond, VA 23218-0030<br>Phone: (804) 344-8300<br>Fax: (804) 344-8539<br>mward@morrismorris.com<br>*Counsel for Trans Union, LLC* | David Neal Anthony<br>Troutman Sanders LLP<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, VA 23218<br>Phone: (804) 697-5410<br>Fax: (804) 698-5118<br>david.anthony@troutmansanders.com<br>*Counsel for Experian Information Solutions, Inc.* |
| Stephen Andrew Cobb<br>Miles & Stockbridge PC (McLean)<br>1751 Pinnacle Dr<br>Suite 1500<br>Tysons Corner, VA 22102-3833<br>703-903-9000<br>Fax: 703-610-8686<br>Email: scobb@milesstockbridge.com<br>*Counsel for J.P. Morgan Chase Bank* | John Michael Neary<br>Akerman Senterfitt LLP (DC)<br>750 9th Street NW<br>Suite 750<br>Washington, DC 20001<br>202-393-6222<br>Fax: 202-393-5959<br>Email: john.neary@akerman.com<br>*Counsel for Department Stores Bank* |

_____/s/_____
Kristi Cahoon Kelly, VSB #72791
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*